HOWARD B. GROBSTEIN, CPA
JOSHUA R. TEEPLE, CPA
Grobstein Teeple LLP
23832 Rockfield Blvd, Suite 245
Lake Forest, California 92630
Telephone: (949) 381-5655
Facsimile: (949) 381-5665
Email: jteeple@gtfas.com; documents@gtfas.com

Proposed Accountants for
Howard B. Grobstein, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>DOMINIC PAUL FAZIO AND ANITA RAE FAZIO<br><br>Debtors. | Case No.: 6:19-bk-12660-WJ<br><br>Chapter 7<br><br>**APPLICATION OF CHAPTER 7 TRUSTEE FOR AUTHORIZATION TO EMPLOY GROBSTEIN TEEPLE LLP AS ACCOUNTANTS EFFECTIVE MAY 9, 2019; STATEMENT OF DISINTERESTEDNESS IN SUPPORT THEREOF [11 U.S.C. §§327(a) and 330, Fed. R. Bank. P. 2014 and Loc. Bankr. R. 2014-1(b)(1)]**<br><br>[No Hearing Required] |

TO THE HONORABLE WAYNE JOHNSON, UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS AND THEIR COUNSEL, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER INTERESTED PARTIES:

Applicant Howard B. Grobstein, the duly appointed and acting Chapter 7 Trustee (the "Trustee" or "Applicant") of the bankruptcy estate (the "Estate") of the above-captioned Debtors (the "Debtors"), hereby applies for an order authorizing the employment of Grobstein Teeple LLP ("GTLLP" or the "Firm"), as his accountants effective May 9, 2019, and in support of his application (the "Application"), respectfully represents as follows:

1. This bankruptcy case was commenced by the filing of a Voluntary Petition by Debtors Dominic Paul Fazio and Anita Rae Fazio. ("Debtors") under Chapter 7 of Title 11 of the United States Code on March 30, 2018, (the "Petition Date"). On or about March 30, 2019, Howard B. Grobstein was appointed as the Chapter 7 Trustee.

2. Based on the Trustee's review of pleadings, documents, and other information provided, the Applicant has determined that it is necessary and appropriate to retain the services of an accountant to provide certain specified services as well as those typically provided by a certified public accountant on behalf of a trustee and a bankruptcy estate. Specifically, Applicant proposes to retain an accountant to perform, among other tasks, the following specific acts:

   a. Evaluate tax issues related to the Debtors and Estate;
   b. Prepare tax returns;
   c. Evaluate estate and Debtors assets and liabilities;
   d. Reconstruct financial records as necessary;
   e. Provide litigation consulting and support to the trustee, his general counsel and special litigation counsel as necessary;
   f. Report on findings related to forensic reconstructions and litigation consulting; and
   g. Provide accounting and consulting services requested by the Applicant and its counsel.

3. The trustee believes that it is in the best interest of the estate to retain the accounting firm in which he is a partner to prepare the estate income tax returns. While there are funds available, it is a small case for which the tax returns can be prepared efficiently and at minimal cost by doing them internally. Additionally, GTLLP has the requisite skills and appropriate billing rates to provide the services required.

4. As shown by the biographical information attached as **Exhibit A** hereto and incorporated herein by this reference, the Firm and its professionals are very experienced in insolvency, bankruptcy and reorganization matters and are well-qualified to represent Applicant. A copy of the schedule of the Firm's current billing rates for accountants and paraprofessionals of the Firm is attached hereto as **Exhibit B** and incorporated herein by this reference.

5. The Firm understands and agrees to accept employment on grounds that its fees may be awarded only by application to and approval by this Court after notice and a hearing. The Firm seeks employment pursuant to 11 U.S.C. §330. The Firm is familiar with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and the Guidelines of the United States Trustee, and will comply with them.

6. As set forth in attached Statement of Disinterestedness, GTLLP carefully reviewed its files and determined that no conflict exists in connection with this matter, and that as of the date of the Application, to the best of Applicant's knowledge and after consideration of the disclosures in the attached Statement, Applicant believes that the Firm and all of its partners and associates are disinterested persons as that term is defined in 11 U.S.C. §101(14), and neither the Firm nor any partners or associates of the Firm are connected with Applicant, the Debtors, its creditors, any other party in interest, their respective attorneys, the United States Trustee, or any person employed in the office of the United States Trustee, nor does the Firm or its accountants represent or hold an adverse interest with respect to the Debtors, any creditor, or to this Estate.

7. Applicant is satisfied from the Statement of Disinterestedness that the Trustee's employment of the Firm as accountants would be in the best interests of the Estate.

**WHEREFORE**, Applicant respectively requests that it be authorized to employ GT, effective as of May 9, 2019, pursuant to 11 U.S.C. §§ 327 and 330, and in accordance with Rule 2014(a) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 2014-1(b)(1), on the terms stated herein.

Dated: May 10, 2019

Howard B. Grobstein
Chapter 7 Trustee for the estate of
DOMINIC PAUL FAZIO and ANITA RAE FAZIO

# STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF PROFESSIONAL PERSON UNDER RULE 2014, FEDERAL RULES OF BANKRUPTCY PROCEDURE

I, JOSHUA R. TEEPLE, declare:

1. I am a certified public accountant, duly licensed and authorized to practice accounting in the State of California. I am a member in good standing of the American Institute of Certified Public Accountants (AICPA), and am a partner at Grobstein Teeple LLP ("GTLLP"), proposed accountants for Applicant. I am authorized to make this Declaration on behalf of the Firm. All capitalized terms used herein are as defined in the foregoing Application.

2. This declaration is made in support of the foregoing Application by the Trustee to retain the Firm as his accountants herein as of May 9, 2019. The Firm, its members and associates are well-qualified to represent the Trustee in this matter, as can be seen by the Firm's biographical information, a true and correct copy of which is attached hereto as **Exhibit A** and incorporated herein by this reference.

3. The Firm understands and agrees to accept employment on grounds that its fees may be awarded only by application to and approval by this Court after notice and a hearing. It is contemplated that GTLLP will seek compensation and reimbursement of expenses from the Estate based upon its normal and usual hourly billing rates and may seek interim compensation as permitted by U.S.C. §§ 330 and 331.

4. The Firm was not paid a monetary retainer.

5. GTLLP carefully reviewed its files and determined that no conflict exists in connection with this matter, and that GTLLP neither holds nor represents a claim against the Debtors or the Estate other than as described below and in paragraph 7 of the Application. As attested to below, GTLLP regularly checks its files to determine if it holds or represents any creditor or party in interest with an interest adverse to the Debtors or the Estate.

///
///

6. The following is a complete description of the Firm's connections with the Applicant, the Debtors, its creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee: Applicant is a partner of GTLLP.

7. The Firm is not a creditor, an equity security holder or an insider of the Debtors.

8. The Firm is not and was not an investment banker for any outstanding security of the Debtors.

9. The Firm is and was not, within three years before the date of the filing of the Petition herein, an investment banker for a security of the Debtors, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the Debtors.

10. The Firm is not and was not, within two years before the date of filing of the Petition herein, a director, officer or employee of the Debtors or of any investment banker for any security of the Debtors.

11. The Firm neither holds nor represents any interest materially adverse to the interest of the Estate or of any class of creditors or equity security holders, for reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, the Chapter 7 Trustee, or an investment banker for any security of the Debtors, or for any other reason.

12. GTLLP's and my business address is 23832 Rockfield Blvd, Suite 245, Lake Forest, California 92630; telephone (949) 381-5655; facsimile (949) 381-5665.

13. The members of the Firm are not relatives or employees of any judge of the United States Bankruptcy Court for the Central District of California, the United States Trustee, or any person currently employed in the Office of the United States Trustee. I am familiar and will comply with the Bankruptcy Code and the Bankruptcy Rules, the Local Bankruptcy Rules and the Guidelines of the Office of the United States Trustee. A notice of the proposed employment of the Firm was served on all proper parties pursuant to Loc. Bank. R. 2014-1(b)(2).

////
////
////

1  After conducting the investigation described in paragraph 5 above, I declare under penalty of
2  perjury under the laws of the United States of America that the foregoing is true and correct, except
3  for those matters which are stated on information and belief, and as to those matters I believe them
4  to be true.
5  Executed this __10th__ day of May, 2019, at Irvine, California.



Joshua R. Teeple

# EXHIBIT A

# GROBSTEIN TEEPLE LLP

## FIRM BIOGRAPHIES

### **PARTNERS**

**HOWARD B. GROBSTEIN, CPA/CFF, CFE,** California State University, Northridge (B.S. - Accountancy) is a Partner in the firm. He has acted as a Chapter 7 and Chapter 11 Trustee and Chapter 11 Examiner in the Central and Northern Districts of California. He has testified as an expert witness in District, Bankruptcy and State court cases. Mr. Grobstein has conducted numerous fraud investigations. He is a member of the Board of Directors and past Chair of the Los Angeles/Orange County Chapter of the California Receiver's Forum. He was President of the Los Angeles Bankruptcy Forum for 2013. Mr. Grobstein was the Treasurer of the Los Angeles/Orange County chapter of the Turnaround Management Association.

**KERMITH BOFFILL, CPA,** California State University, Northridge (B.S. - Accountancy) is a Partner in the firm. Mr. Boffill has worked in private and public accounting on a variety of audit and taxation engagements specializing in taxation of entities and individuals. Mr. Boffill has experience in bankruptcy matters including individual liquidations, corporate reorganizations and liquidations.

**BENJAMIN L. HOWARD, CPA,** University of Denver (M.A. Accountancy; B.S. - Accountancy) is a Partner in the firm. Mr. Howard has over 10 years of experience in bankruptcy, litigation support and forensic accounting services.

**JEFFREY LEONARD, CPA,** San Diego State University (B.S. -Accounting, Emphasis in Small Business) is a Partner in the firm. Mr. Leonard advises on issues such as buying/selling Real Estate, business concerns, retirement/tax planning, investments and allocations, and estate planning.

Exhibit A                                                                                                                                    1

**GROBSTEIN TEEPLE LLP**

**FIRM BIOGRAPHIES**

**BRIAN LUNDEEN, M.A.S., CFE,** Northern Illinois University (M.S. - Accountancy) and Northern Illinois University (B.S. - Accountancy) is a Principal with the firm. Mr. Lundeen specializes in providing forensic accounting, litigation support, and fraud investigation services.

**ALEX RACHMANONY, CPA,** California State University, Los Angeles (B.S. - Accountancy) is a Partner in the firm. Mr. Rachmanony has over 20 years of experience providing financial reporting for audits and reviews, obtaining financing, financial benchmarking, profitability studies and reconciliations, financial forecasting and projecting, tax planning and compliance, and tax audit representation.

**STEVEN ROOPENIAN, CFE,** California State University, Long Beach (B.S. - Business Management) is a Principal in the firm. Mr. Roopenian has experience in bankruptcy, forensic accounting, and litigation support. He is a member of the Association of Certified Fraud Examiners, the Turnaround Management Association, the Association of Insolvency and Restructuring Advisors, and the Los Angeles Bankruptcy Forum. Additionally, Mr. Roopenian assisted the treasurer of the Los Angeles/Orange County chapter of the Turnaround Management Association during his tenure.

**EDDIE SHAMAS, CPA,** California State University, Northridge (B.S. – Accountancy; B.S. - Finance) is a Principal in the firm. Mr. Shamas has experience in providing assurance services to a variety of publicly traded and privately held companies in the manufacturing, distribution, retail, and service industries. He is a member of California Certified Public Accountants.

**GROBSTEIN TEEPLE LLP**

**FIRM BIOGRAPHIES**

**KURT H. STAKE, CPA, MBA, CMA, CFE, CFF, CVA, ABV**, University of Southern California (B.S. - Accounting), Chapman University (MBA), is a Partner in the firm. Mr. Stake has over 25 years of forensic accounting, financial damages, business valuation and litigation expert witness experience. Mr. Stake testifies as an expert witness in jury trials, bench trials, depositions and arbitrations on behalf of both plaintiffs and defendants for State and Federal matters.

**JOSHUA TEEPLE, CPA/CFF, CFE, CISA, CITP**, University of Colorado, Boulder (B.S. - Business Administration) is a Partner in the firm. Mr. Teeple specializes in providing forensic accounting and forensic technology services and testifies as an expert witness in such matters. Mr. Teeple has conducted multiple fraud investigations and regularly provides litigation consulting services.

**KAILEY WRIGHT, CIRA,** University of California, Santa Barbara (B.A. - Economics, emphasis in Accounting) is a Principal in the firm. Ms. Wright specializes in providing accounting services related to bankruptcy, forensic accounting and litigation support for her clients. She is currently the Secretary of the Los Angeles Bankruptcy Forum. She is an active member of the Orange County Bankruptcy Forum and International Women's Insolvency & Restructuring Confederation.

**PRINCIPALS**

**ERIK RASMUSSEN**, is a Principal and head of Cyber Security and Risk Management Solutions for the firm. He is an active attorney in Washington State with almost 15 years of

Exhibit A                                                                                                                         3

GROBSTEIN TEEPLE LLP

FIRM BIOGRAPHIES

experience. Prior to joining the firm, Mr. Rasmussen was a Managing Director at a global risk management firm covering incident response and governance. Mr. Rasmussen was also a Secret Service agent for 9 years and conducted dozens of domestic and international computer crimes investigations.

## PROFESSIONALS

**BROOKE BORBA,** University of California, Santa Cruz, (B.A. - English Language and Literature) is a Tax Administrator with the firm. Ms. Borba has experience in customer relations, ensuring compliance with statutory requirements, and maintaining records and files for tax assembly.

**JEFFREY BUSSELL, CFE,** Loyola Law School, Loyola Marymount University, University of Arizona, is a Director with the firm. Mr. Bussell focuses on fraud investigations, forensic analysis, economic damage calculations, and litigation consulting. He is also the Director of Training for the Ventura County chapter of the Association of Certified Fraud Examiners.

**SILVA CHAMICHYAN,** University of California, Northridge (B.S. - Accounting) is a Senior Accountant in the firm. Ms. Chamichyan has experience in corporation tax returns and private equity. Ms. Chamichyan is currently a CPA Candidate with the California Board of Accountancy.

**JESSIE CHUN,** University of California, Los Angeles (B.S. -Accounting) and University of San Diego (B.A. - History) is a Consultant in the firm. Ms. Chun has experience in payroll preparation, sales reconciliations, and preparing financial statements.

Exhibit A                                                                                                                    4

**GROBSTEIN TEEPLE LLP**

**FIRM BIOGRAPHIES**

**LUCY DEMIRDZHYAN**, California State University, Northridge (B.S. - Accountancy) is a consultant in the firm.

**STEVEN GODOY, MSA,** San Diego State University (M.S. – Accountancy: Accounting Information Systems; B.S. - Business Administration: Accounting) is a Consultant with the firm. Mr. Godoy has experience with not-for-profit accounting, accounting information systems, and process improvements. He is a member of the American Institute of CPAs, the Association of Latino Professionals For America and the California Society of CPAs. He is currently a CPA Candidate with the California Board of Accountancy.

**SHARON HEIT,** University of Phoenix (A.A. - Business) is the Director of Marketing for the firm. Ms. Heit has domestic and international agency experience, working on campaigns for brands such as lululemon athletica, Zendesk, Verizon Digital Media Services, Samsung and Hyundai.

**DIANNE HYMEL,** is a bookkeeper with the firm.

**KELSEA JOHNSON,** is a bookkeeper with the firm.

**LINDSAY LOPEZ,** is a consultant in the firm. While at the firm she is pursuing her Bachelor of Science degree in Professional Accountancy at California State University, Northridge.

**NAVEEN MANN,** University of California Irvine (Master of Accountancy); California State University, Fullerton (B.A. - Business Administration: Concentration on Accounting) is a Staff Accountant/Consultant at the firm.

Exhibit A                                                                                                                                           5

**GROBSTEIN TEEPLE LLP**

**FIRM BIOGRAPHIES**

**MICHAEL MCCARTHY, CPA, CFE,** California State University, Fullerton, is a Senior Manager at the firm. Mr. McCarthy specializes in litigation support, insolvency consulting, forensic accounting, fraud investigation, and expert witness testimony.

**KEVIN MEACHAM,** California State University, Northridge (B.S. - Information Systems with an Option in Business) is a Consultant in the firm. Mr. Meacham is knowledgeable in network technologies, database management, application development, business intelligence, IT audit, enterprise resource planning, project management, and IT security. He has experience in bank record reconstructions for numerous accounts related to fraudulent transactions. He is a member of the Information Systems Audit and Control Association (ISACA) and Management Information Systems Association (MISA) at California State University, Northridge.

**LUCIA MIER,** Santa Monica Community College (A.A. - Accounting) is a Consultant in the firm. Ms. Mier has experience with assisting in preparation of tax return for entities and individuals.

**TRACEY MUGA,** California State University, Northridge (B.S. - Family and Environmental Studies with an Option in Business) is a Consultant with the firm. Ms. Muga currently is an Auditor for the California Parent Teacher Association. She is bilingual in English and Spanish.

**ALEX ODELL,** Keene State College (B.S – Computer Sciences) is a Senior Consultant in the firm. Mr. Odell has experience in Forensics Imaging, Penetration Testing and large-scale Archive Analysis.

**RACHEL ROJANY, CPA,** University of California, Santa Cruz (B.A. – Business Management Economics) is a Senior Manager at the firm. Ms. Rojany's professional experience

**GROBSTEIN TEEPLE LLP**

**FIRM BIOGRAPHIES**

is focused in individual and business tax compliance and planning, with experience in an array of different industries from Entertainment & Media, Professional Services, to Real Estate and High Net Worth Individuals and Families. She is a member of the American Institute of Certified Public Accountants and the California Society of Certified Public Accountants.

**ANDREW SEGURA,** University of California, San Diego (B.A. – Economics; Minor - Accounting) is a Staff Accountant with the firm.

**BRIAN SIEGEL,** is a Forensic Technology Consultant with the firm. Mr. Siegel has 10 years of experience in the technology field. He is currently pursuing his Bachelor of Science degree in Information Technology-Information Security Systems at the University of Phoenix.

**KENNETH SOLARES,** California State University, Northridge (B.S. - Finance) is a Consultant in the firm. Mr. Solares has experience in accounting, bookkeeping, financial statement analysis and office management. Mr. Solares is a CPA Candidate with the California Board of Accountancy.

**WILLIAM THOMSEN, CFA, ASA,** Columbia University (M.B.A. - Finance), Pomona College (B.A. - Economics) is a Director with the firm. Mr. Thomsen has over 25 years of experience providing business valuations and economic analyses to various businesses. His consulting expertise also includes economic damage assessment and expert testimony for commercial and employment disputes. He has testified on numerous occasions regarding valuation and economic damage issues and has qualified as an expert witness in U.S. District Court and California Superior Court.

**GROBSTEIN TEEPLE LLP**

**FIRM BIOGRAPHIES**

## PARAPROFESSIONALS

**WENDI CARRANZA**, Southern California College of Business and Law (A.A. - Paralegal Studies) is an Assistant Trustee Administrator in the firm's Riverside office.

**SHEENA DeHOYOS**, West Los Angeles College, (A.A. - Paralegal Studies) is a Trustee Administrator with the firm.

**LYNN RICE**, American College of Hotel & Restaurant Management (Certification Program), is the Office Manager of the firm.

**CORY ZERA**, University of California, San Diego, (B.A. -Visual Arts: Media) is an Assistant with the firm.

# EXHIBIT B

# GROBSTEIN TEEPLE LLP

## FIRM BILLING RATES

### Partners and Principals

| Name | Rate |
|---|---|
| Grobstein, Howard | $485.00 |
| Boffill, Kermith | $360.00 |
| Howard, Benjamin | $410.00 |
| Leonard, Jeffrey | $370.00 |
| Lundeen, Brian | $300.00 |
| Rachmanony, Alex | $350.00 |
| Rasmussen, Erik | $485.00 |
| Roopenian, Steven | $305.00 |
| Shamas, Eddie | $300.00 |
| Stake, Kurt | $450.00 |
| Teeple, Joshua | $440.00 |
| Wright, Kailey | $305.00 |

### Managers and Directors

| Name | Rate |
|---|---|
| Bussell, Jeffrey | $375.00 |
| Chamichyan, Silva | $225.00 |
| Godoy, Steven | $225.00 |
| McCarthy, Michael | $275.00 |
| Rojany, Rachel | $285.00 |
| Thomsen, William | $325.00 |

### Staff and Senior Accountants

| Name | Rate |
|---|---|
| Chun, Jessie | $210.00 |
| Demirdzhyan, Lucy | $140.00 |
| Hymel, Dianne | $85.00 |
| Lopez, Lindsay | $125.00 |
| Mann, Naveen | $135.00 |

Exhibit B

1

## GROBSTEIN TEEPLE LLP

### FIRM BILLING RATES

| | |
|---|---|
| Meacham, Kevin | $195.00 |
| Mier, Lucia | $195.00 |
| Muga, Tracey | $175.00 |
| Odell, Alex | $275.00 |
| Segura, Andrew | $135.00 |
| Siegel, Brian | $250.00 |
| Solares, Kenneth | $195.00 |

### Para-Professionals

| **Name** | **Rate** |
|---|---|
| Borba, Brooke | $125.00 |
| Carranza, Wendi | $125.00 |
| DeHoyos, Sheena | $125.00 |
| Heit, Sharon | $125.00 |
| Rice, Lynn | $125.00 |
| Silva, Karina | $125.00 |
| Zera, Cory | $125.00 |

Exhibit B                                                                                                2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
11801 Pierce Street, Suite 200, Riverside, CA 92505

A true and correct copy of the foregoing document entitled: **APPLICATION OF CHAPTER 7 TRUSTEE FOR AUTHORIZATION TO EMPLOY GROBSTEIN TEEPLE LLP, AS ACCOUNTANTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 10, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Summer M Shaw          ss@dshapc.com,ecf4jdlaw@gmail.com;shawsr70161@notify.bestcase.com
Howard B Grobstein     hbgtrustee@gtfas.com, C135@ecfcbis.com
United States Trustee  ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On May 10, 2019, I served the following person(s) and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor                          Honorable Wayne Johnson
Dominic Paul Fazio              United States Bankruptcy Court
Anita Rae Fazio                 3420 Twelfth Street, Ctrm 304
79476 Liga                      Riverside, CA 92501
La Quinta, CA 92253

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____
___ I served the following person(s) and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/10/2019 | WENDI A. CARRANZA | /s/ WENDI A. CARRANZA |
|---|---|---|
| Date | Printed Name | Signature |

The form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2013                                                              F 9013-1.2.NO.HEARING.DEC